In the Matter of the Claim of HARRIS WITKIN, Respondent, against M. BECKENSTEIN and EMPLOYERS' LIABILITY ASSURANCE CORP. LTD., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Employer and carrier appeal from an award of eight dollars a week for reduced earnings for the period between April 1, 1938, and June 16, 1939. Claimant had earlier received awards of twenty-five dollars a week from November 22, 1937, to January 7, 1938, which have been paid by the carrier. The evidence sustains the award from which an appeal has been taken. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of DENNIS SHEEHAN, Respondent, against BOARD OF TRUSTEES OF THE VILLAGE OF SCHUYLERVILLE and GLENS FALLS INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of disability compensation made by the State Industrial Board under the Workmen's Compensation Law. On a previous appeal to this court from a decision of the State Industrial Board dismissing the claim, such decision was reversed and the matter was remitted to the Board. (*Matter of Sheehan* v. *Board of Trustees of Schuylerville*, 256 App. Div. 148.) The State Industrial Board has now made new findings of fact and an award of compensation. Award unanimously affirmed, with costs to the State Industrial Board. (See *Matter of Sheehan* v. *Board of Trustees of Schuylerville*, 256 App. Div. 148.) Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.